ANTHONY E. PAGKAS, State Bar No. 186112
CHRISTOPHER J. D'ANJOU, State Bar No. 234299
**PAGKAS & D'ANJOU, LLP**
777 North 1st Street., Suite 250
San Jose, CA 95112
Telephone: (408) 291-5401
Fax: (408) 291-5302

Attorneys For Plaintiffs/Creditors/Counter-defendant
ARDESHIR SALEM, an individual and A. SALEM D.D.S., INC.,
A California Corporation

# UNITED STATES BANKRUPTCY COURT,

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: JINNIE JINHUEI CHANG CHAO<br><br>Debtor<br>___<br>ARDESHIR SALEM, an individual, and A. SALEM D.D.S., Inc., A California Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>JINNIE JINHUEI CHANG CHAO, and DOES 1-50, inclusive.<br><br>    Defendants. | BK Case No.: 15-31519<br>Adversary Case No. 16-3023<br>Chapter 11<br><br>**PLAINTIFF/CREDITOR ARDESHIR SALEM'S REPLY TO COUNTERCLAIM OF DEFENDANT/DEBTOR JINNIE JINHUEI CHANG CHAO** |

ARDESHIR SALEM, an individual, a creditor to the above-named defendant/debtor JINNIE JINHUEI CHANG CHAO ("Defendant" or "CHAO") hereby answers to the counterclaim of CHAO against him as follows:

//

//

- 1 -
PLAINTIFF/CREDITOR ARDESHIR SALEM'S REPLY TO COUNTERCLAIM OF DEFENDANT/DEBTOR JINNIE JINHUEI CHANG CHAO
BK Case No.: 15-31519
Adversary Case No. 16-3023

# ANSWER

## JURISDICTION AND VENUE

1. Answering paragraph 23 of the counterclaim, this answering counter-defendant admits the allegation that the court has jurisdiction over this core adversary proceeding pursuant to 28 U.S.C. § 157.

## PARTIES

2. Answering paragraphs 24-25 of the counterclaim, this answering counter-defendant admits the allegations set forth in said paragraphs.

## FACTUAL ALLEGATIONS

3. Answering paragraph 26 of the counterclaim, this answering counter-defendant admits that he provided dental treatment to CHAO, but denies all of the remaining allegations of the paragraph.

4. Answering paragraph 27 of the counterclaim, this answering counter-defendant denies the allegations contained therein.

5. Answering paragraph 28 of the counterclaim, this answering counter-defendant denies the allegations contained therein.

6. Answering paragraph 29 of the counterclaim, this answering counter-defendant denies the allegations contained therein.

7. Answering paragraph 30 of the counterclaim, this answering counter-defendant denies the allegations contained therein.

8. Answering paragraph 31 of the counterclaim, this answering counter-defendant denies the allegations contained therein.

9. Answering paragraph 32 of the counterclaim, this answering counter-defendant denies the allegations contained therein.

- 2 -
PLAINTIFF/CREDITOR ARDESHIR SALEM'S REPLY TO COUNTERCLAIM OF DEFENDANT/DEBTOR JINNIE JINHUEI CHANG CHAO
BK Case No.: 15-31519
Adversary Case No. 16-3023

Case: 16-03023   Doc# 8   Filed: 05/16/16   Entered: 05/16/16 20:50:58   Page 2 of 11

## FIRST CLAIM FOR RELIEF

### (Breach of Oral Contract)

10. Answering paragraph 33 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-9.

11. Answering the allegations contained in paragraphs 34-36, this answering counter-defendant lacks sufficient information and belief to fully and adequately answer the same, and based thereon denies said allegations.

## SECOND CLAIM FOR RELIEF

### (Fraud by False Promise)

12. Answering paragraph 37 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-11.

13. Answering the allegations contained in paragraphs 38-46, this answering counter-defendant lacks sufficient information and belief to fully and adequately answer the same, and based thereon denies said allegations.

## THIRD CLAIM FOR RELIEF

### (Breach of Oral Contract)

14. Answering paragraph 47 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-13.

15. Answering the allegations contained in paragraphs 48-51, this answering counter-defendant lacks sufficient information and belief to fully and adequately answer the same, and based thereon denies said allegations.

//

## FOURTH CLAIM FOR RELIEF

### (Fraud by False Promise)

16. Answering paragraph 52 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-15.

17. Answering the allegations contained in paragraphs 53-64, this answering counter-defendant lacks sufficient information and belief to fully and adequately answer the same, and based thereon denies said allegations.

## FIFTH CLAIM FOR RELIEF

### (Breach of Oral Contract)

18. Answering paragraph 65 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-17.

19. Answering the allegations contained in paragraphs 66-68, this answering counter-defendant lacks sufficient information and belief to fully and adequately answer the same, and based thereon denies said allegations.

## SIXTH CLAIM FOR RELIEF

### (Fraud by False Promise)

20. Answering paragraph 69 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-19.

21. Answering the allegations contained in paragraphs 70-81, this answering counter-defendant lacks sufficient information and belief to fully and adequately answer the same, and based thereon denies said allegations.

//

//

## SEVENTH CLAIM FOR RELIEF

### (Breach of Oral Contract)

22. Answering paragraph 82 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-21.

23. Answering the allegations contained in paragraphs 83-84, this answering counter-defendant lacks sufficient information and belief to fully and adequately answer the same, and based thereon denies said allegations.

## EIGHTH CLAIM FOR RELIEF

### (Fraud by False Promise)

24. Answering paragraph 85 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-23.

25. Answering the allegations contained in paragraphs 86-95, this answering counter-defendant lacks sufficient information and belief to fully and adequately answer the same, and based thereon denies said allegations.

## NINTH CLAIM FOR RELIEF

### (Breach of Oral Contract)

26. Answering paragraph 96 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-25.

27. Answering the allegations contained in paragraphs 97-100, this answering counter-defendant lacks sufficient information and belief to fully and adequately answer the same, and based thereon denies said allegations.

//

//

## TENTH CLAIM FOR RELIEF

### (Breach of Oral Contract)

28. Answering paragraph 101 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-27.

29. Answering the allegations contained in paragraphs 102-103, this answering counter-defendant lacks sufficient information and belief to fully and adequately answer the same, and based thereon denies said allegations.

## ELEVENTH CLAIM FOR RELIEF

### (SLANDER PER SE)

30. Answering paragraph 104 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-29.

31. Answering the allegations contained in paragraphs 105-115, this answering counter-defendant denies the allegations contained therein.

## TWELFTH CLAIM FOR RELIEF

### (Breach of Written Contract)

32. Answering paragraph 116 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-31.

33. Answering the allegations contained in paragraphs 117-120, this answering counter-defendant lacks sufficient information and belief to fully and adequately answer the same, and based thereon denies said allegations.

//

//

//

## THIRTEENTH CLAIM FOR RELIEF

### (Wrongful Discharge in Violation of Public Policy)

34. Answering paragraph 121 of the counterclaim, this answering counter-defendant incorporates all of his answers in paragraphs 1-33.

35. Answering the allegations contained in paragraphs 122-130, this answering counter-defendant lacks sufficient information and belief to fully and adequately answer the same, and based thereon denies said allegations.

## RELIEF

1. Answering the allegations set forth in the counterclaimant's claims for relief, this answering counter-defendant denies, generally and specifically, that counterclaimant has been or will have been damaged in the sums alleged, in any other sum, or at all, by reason of any act or omission of this answering counter-defendant. These answering counter-defendant further denies, generally and specifically, that the elements of relief sought are available to these counterclaimants on the particular claims alleged. These answering counter-defendant hereby assert the following affirmative defenses:

## FIRST AFFIRMATIVE DEFENSE

### (Failure To State A Cause Of Action)

2. As a first, separate and affirmative defense to the counterclaim on file herein, and to each alleged cause of action contained therein, this answering counter-defendant alleges that the counterclaimant fails to allege facts sufficient to state a cause of action against them.

//

//

//

## SECOND AFFIRMATIVE DEFENSE

### (Statute of Limitations)

3. As a second, separate and affirmative defense to the counterclaim on file herein, and to each alleged cause of action contained therein, these answering counter-defendant allege that the causes of action, if any, attempted to be stated in the counterclaim are barred by the applicable statutes of limitation.

## THIRD AFFIRMATIVE DEFENSE

### (Assumption Of Risk)

4. As a third, separate and affirmative defense to the counterclaim on file herein, and to each alleged cause of action contained therein, this answering counter-defendant alleges that the counterclaimant expressly and or impliedly assumed the risk of the matters referred to in the counterclaim, that counterclaimants knew and appreciated the nature of the risk, and despite warnings by their agents and employees, voluntarily accepted the risks.

## FOURTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

5. As a fourth, separate and affirmative defense to the counterclaim on file herein, and to each alleged cause of action contained therein, this answering counter-defendant alleges that the counterclaim and each cause of action is barred by the doctrine of unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

### (Failure To Mitigate)

6. As a fifth, separate and affirmative defense to the counterclaim on file herein, and to each alleged cause of action contained therein, this answering counter-defendant alleges that the counterclaimant's damages, if any, resulted from her failure to mitigate her damages.

## SIXTH AFFIRMATIVE DEFENSE

### (Laches)

7. As a sixth, separate and affirmative defense to the counterclaim on file herein, and to each alleged cause of action contained therein, this answering counter-defendant alleges that each and every cause of action is barred by the doctrine of laches

## SEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

8. As a seventh, separate and affirmative defense to the counterclaim on file herein, and to each alleged cause of action contained therein, this answering counter-defendant alleges that each and every cause of action is barred by the equitable doctrine of estoppel.

## EIGHTH AFFIRMATIVE DEFENSE

### (Waiver)

9. As an eighth, separate and affirmative defense to the counterclaim on file herein, and to each alleged cause of action contained therein, this answering counter-defendant alleges that each and every cause of action is barred by the doctrine of waiver.

## NINTH AFFIRMATIVE DEFENSE

### (Fraud)

10. As a ninth, separate and affirmative defense to the counterclaim on file herein, and to each alleged cause of action contained therein, these answering counter-defendant allege that each and every cause of action is barred by virtue of the counterclaimant's own fraud pertaining to the transactions described herein.

Wherefore this answering counter-defendant prays for Judgment as follows:

1. That counterclaimants take nothing by the counterclaim, which will be dismissed with prejudice;

2. That these answering counter-defendant recover from counterclaimant any and all costs in this action in an amount according to proof;

3. For reasonable attorneys fees as authorized by law or statute;

4. That Court order any further relief it deems necessary.

This answering counter-defendant hereby demands a jury trial on all issues raised by this counterclaim.

Dated: May 16, 2016

                                                      Respectfully Submitted,

                                                      **PAGKAS & D'ANJOU, LLP**

                                                      /S/ Christopher J. D'Anjou
                                                      _____
                                                      Christopher J. D'Anjou
                                                      Attorneys for Creditors/Plaintiffs
                                                      ARDESHIR SALEM and A. SALEM, D.D.S., INC.

# PROOF OF SERVICE
*Salem, et al. v. J. Chao*, et al.
United States Bankruptcy Court, Northern District of California
BK Case No.: 15-31519/Adversary Case No. 16-3023

I, CHRISTOPHER D'ANJOU, hereby declare under penalty of perjury:

I am over the age of eighteen and not a party to this action. My business address is:

PAGKAS & D'ANJOU, LLP
777 N. First Street, Ste 250
San Jose, CA 95112

On May 16, 2016, I served a copy of the accompanying document(s) described herein, to the recipients stated below.

## DOCUMENTS

1. **PLAINTIFF/CREDITOR ARDESHIR SALEM'S REPLY TO COUNTERCLAIM OF DEFENDANT/DEBTOR JINNIE JINHUEI CHANG CHAO**

## RECIPIENTS

| | |
|---|---|
| Bruce Janke, Esq.<br>16965 Roberts Road, Suite A<br>Los Gatos, CA 95032-4556<br>B_Janke@MSN.com | Onyinye N. Anyama, Esq.<br>Anyama Law Firm<br>18000 Studebaker Rd., Ste. 700<br>Cerritos, CA 90703<br>Onyi@Anyamalaw.com |

The method of service was as follows:

[X] **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 16, 2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated above.

Dated: May 16, 2016                                 /S/ Christopher D'Anjou
                                                    _____
                                                    Christopher J. D'Anjou

- 11 -
PLAINTIFF/CREDITOR ARDESHIR SALEM'S REPLY TO COUNTERCLAIM OF DEFENDANT/DEBTOR JINNIE JINHUEI CHANG CHAO
BK Case No.: 15-31519
Adversary Case No. 16-3023

Case: 16-03023    Doc# 8    Filed: 05/16/16    Entered: 05/16/16 20:50:58    Page 11 of 11