BRUCE C. JANKE (SBN 75293)
16965 Roberts Rd., Suite A
Los Gatos CA 95032-4556
Telephone: (408) 356-6556
Email: B_Janke@MSN.com

Attorney for Defendant/Counterclaimant
JINNIE CHAO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>JINNIE JINHUEI CHANG CHAO,<br><br>Debtor.<br><br>ARDESHIR SALEM et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>JINNIE JINHUEI CHANG CHAO et al.,<br><br>Defendants,<br><br>JINNIE JINHUEI CHANG CHAO,<br><br>Counterclaimant,<br><br>v.<br><br>ARDESHIR SALEM,<br><br>Counterdefendant. | Adversary proceeding no. **16-3023-DM**<br><br>Bankruptcy case no. 15-31519-DM<br><br>NOTICE OF MOTION AND MOTION FOR ORDER PERMITTING WITHDRAWAL OF DEFENDANT'S ATTORNEY<br><br>Judge: Hon. Dennis Montali<br>Courtroom 17<br>Hearing date: August 9, 2019<br>Time: 10:30 a.m. |

TO: Defendant/Counterclaimant Jinnie Jinhuei Chang Chao ("Client") and to Plaintiffs Ardeshir Salem and A. Salem, D.D.S., Inc.:

**NOTICE OF HEARING**

NOTICE IS GIVEN that the Court will hold a hearing on the within motion on August 9, 2019 at 10:30 a.m. in Department 17 of the above-entitled Court.

**MOTION**

Pursuant to BLR 9010-5, Bruce C. Janke, attorney for defendant and counterclaimant Jinnie Jinhuei Chang Chao ("Attorney") hereby moves the Court for an Order permitting Attorney's withdrawal as attorney for Client.

In support of this Motion, Bruce C. Janke declares:

1. I am an active member of the State Bar of California and the attorney of record for defendant-counterclaimant Jinnie Jinhuei Chang Chao herein.

2. This adversary action was commenced on March 10, 2016. I first appeared as attorney for Client April 25, 2016.

3. I am 69 years of age. I have retired from taking clients. Other than the present case, I no longer represent any clients in the trial courts. I am in the process of concluding my last two appellate court cases.

4. I suffer from physical and mental disorders that make it impossible for me to continue to effectively represent Client.

5. This action is presently "trailing" completion of Client's bankruptcy proceeding and completion of a criminal action against Client. Therefore, the Court will not be setting a trial date in the foreseeable future and Client will not suffer prejudice from attorney's withdrawal.

6. The next hearing date is a status conference on September 12, 2019 at 11:30 a.m.

7. Pursuant to BLR 9010-5(b)(1), I served Client with a Notice of my intention to request permission from the Court to withdraw. A true copy of the is attached hereto.

8. Thereafter, at Client's request, I delayed filing the present motion in order to provide Client an opportunity to retain substitute counsel. I did not receive any further information

from Client concerning her retaining a new attorney. Therefore, the present motion is necessary and appropriate.

9. Client's last-known address, as listed with the Court, is 50 Sandra Rd., Hillsborough, CA 94010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed July 3, 2019 at Los Gatos, California.

_____
BRUCE C. JANKE (SBN 75293)

## MEMORANDUM

Bankruptcy Local Rule 9010-5(b)(2) permits an attorney to file a motion for permission to withdraw after complying with the 14-day notice requirement of BLR 9010-5(b)(1).

Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California. *J & J Sports Prods. v. De La Cerda* (E.D.Cal. Mar. 14, 2013, No. 1:11-cv-01896-LJO-SKO) 2013 U.S.Dist.LEXIS 35683, at *4.) California Rules of Professional Conduct, rule 1.16(a)(3) provides that an attorney *shall* withdraw from the representation of a client "if the lawyer's mental or physical condition renders it unreasonably difficult to carry out the representation effectively. . . ." The use of the word "shall" indicates a mandatory directive. *United States v. Adams* 432 F.3d 1092, 1094 (9th Cir. 2006).

Based on Attorney's inability to continue to effectively represent Client, Attorney asks the Court to grant this motion.

_____
BRUCE C. JANKE (SBN 75293)
16965 Roberts Rd., Ste. A
Los Gatos CA 95032-4556
Telephone: (408) 356-6556
Attorney for Defendant/Counterclaimant
JINNIE JINHUEI CHANG CHAO

NOTICE OF MOTION AND MOTION FOR ORDER PERMITTING WITHDRAWAL OF DEFENDANT'S ATTORNEY

BRUCE C. JANKE (SBN 75293)
16965 Roberts Rd., Suite A
Los Gatos CA 95032-4556
Telephone: (408) 356-6556
Email: B_Janke@MSN.com

Attorney for Defendant/Counterclaimant
JINNIE CHAO

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>JINNIE JINHUEI CHANG CHAO,<br><br>    Debtor.<br><hr>ARDESHIR SALEM et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>JINNIE JINHUEI CHANG CHAO et al.,<br><br>    Defendants,<br><hr>JINNIE JINHUEI CHANG CHAO,<br><br>    Counterclaimant,<br><br>v.<br><br>ARDESHIR SALEM,<br><br>    Counterdefendant. | Adversary proceeding no. **16-3023-DM**<br><br>Bankruptcy case no. 15-31519-DM<br><br>NOTICE TO CLIENT OF ATTORNEY'S INTENTION TO REQUEST PERMISSION FROM COURT TO WITHDRAW<br><br>Judge: Hon. Dennis Montali<br>Courtroom 17 |

TO: Defendant/Counterclaimant JINNIE JINHUEI CHANG CHAO ("Client"):

Pursuant to BLR 9010-5, Bruce C. Janke ("Attorney"), gives notice as follows:

(A) Attorney wishes to withdraw as Client's attorney in this adversary proceeding and intends to file a motion to withdraw.

(B) The style of the adversary case in which Attorney seeks to withdraw is ARDESHIR SALEM et al., Plaintiffs, vs. JINNIE JINHUEI CHANG CHAO et al., Defendants; JINNIE JINHUEI CHANG CHAO, Counterclaimant, vs. ARDESHIR SALEM, Counterdefendant, case no . 16-3023 in the U.S. Bankruptcy Court for the Northerne District of California.

The name, address, and telephone number of opposing counsel are:

Christopher J. D' Anjou
777 N. 1st St., Ste. 250
San Jose CA 95112
Telephone: (408) 291-5401

The address and telephone number of the Bankruptcy Court Clerk are:

450 Golden Gate Ave.
San Francisco CA 94102
Telephone: (415) 268-2300

(C) The Bankruptcy Court retains jurisdiction of the matter

(D) If the attorney's withdrawal is permitted: (1) The client will be obligated to promptly file with the Bankruptcy Court, and mail to all adverse parties or their counsel, a written statement showing (A) the names of the parties and the number of each case, adversary proceeding, or contested matter in which the client is a party and (B) the client's telephone number and mailing address, and that the statement must be amended promptly if the client's telephone number or mailing address changes; (2) The client will have the obligation to respond to any discovery or motions, to take other actions as are appropriate or required, and to prepare for any trial or hearing that may be scheduled in any matter, or to hire other counsel to do so; (3) The failure or refusal of the client to meet these obligations may result in adverse consequences; (4) Service of notices, pleadings, and other papers may be made upon the client at the client's last known address; and (5) If the client is a

corporation, a corporation may only be represented in the Bankruptcy Court by an attorney, an attorney must sign all pleadings submitted to the court, a corporate officer may not represent the corporation in the Bankruptcy Court unless that officer is also an attorney, and failure to comply with this Rule could result in adverse consequences to the corporate party.

    (E)    A Status Conference is scheduled in this case on January 25, 2019, at 1:30 p.m. in Courtroom 17 of the above-entitled court, located at the above address. The holding of said Status Conference witll not be affected by the withdrawal of Attorney.

    On December 4, 2018, Defendant/Counterdefendant Ardeshir Salem served on Plaintiff by mail discovery consisting of Requests for Admissions pursuant to Federal Rules of Civil Procedure, rule 36. Client must serve verified responses to said discovery on or before January 8, 2019, unless the time is extended by stipulation or court order. The due date for said responses will not be affected by the withdrawal of Attorney.

    (F)    Unless Client consents to the withdrawal, Client has 14 days from the date of service of this Notice to contact Attorney and state any objections to his withdrawal.

A party no longer represented by an attorney must promptly file with the Bankruptcy Clerk, and mail to all adverse parties or their counsel, a written statement showing (1) the caption and number of each case, adversary proceeding, or contested matter in which such party is involved and (2) such party's current telephone number and mailing address. That statement must be amended promptly if the party's telephone number or mailing address changes. An unrepresented party's mailing address lodged with the Bankruptcy Clerk constitutes the address at which such party may be served with papers in the matter. Failure to comply with these responsibilities may result in adverse consequences to such party.

    _/s/ Bruce C. Janke_
BRUCE C. JANKE (SBN 75293)
16965 Roberts Rd., Ste. A
Los Gatos CA 95032-4556
Telephone: (408) 356-6556
Attorney for Defendant/Counterclaimant
JINNIE JINHUEI CHANG CHAO

# DECLARATION OF SERVICE BY MAIL

The undersigned declares:

I am over the age of 18 years, a resident of Santa Clara County California, and not a party to, nor interested in, this action. My address is 16965 Roberts Rd., Suite A, Los Gatos, California 95032.

On the date of my signature below, I served copies of the above NOTICE TO CLIENT OF ATTORNEY'S INTENTION TO REQUEST PERMISSION FROM COURT TO WITHDRAW on the following persons:

| | |
|---|---|
| Jinnie Jinhuei Chang Chao<br>1900 S. Norfolk St., #350<br>San Mateo, CA 94403 | Debtor/Defendant/Counterclaimant |
| Anthony E. Pagkas<br>Attorney at Law<br>777 N. First St., Suite 250<br>San Jose CA 95112 | Adversary proceeding counsel for Plaintiff/Counterdefendant Ardeshir Salem |
| Onyinye N. Anyama<br>Anyama Law Firm<br>18000 Studebaker Rd #700 Cerritos, CA 90703-2684 | Bankruptcy counsel for Debtor Jinnie Jinhuei Chang Chao |
| Ethan A. Balogh<br>Coleman & Balogh LLP<br>235 Montgomery St., Ste 1070<br>San Francisco CA 94104-3015 | Criminal defense counsel for Jinnie Jinhuei Chang Chao |

by placing said copies in sealed envelopes with the U.S. Postal Service in Los Gatos, California with correct prepaid first class postage affixed thereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed December 10, 2018 at Los Gatos, California.

_____
BRUCE C. JANKE

# DECLARATION OF SERVICE BY MAIL

The undersigned declares:

I am over the age of 18 years, a resident of Santa Clara County California, and not a party to, nor interested in, this action. My address is 16965 Roberts Rd., Suite A, Los Gatos, California 95032.

On the date of my signature below, I served copies of the above

NOTICE OF MOTION AND MOTION FOR ORDER PERMITTING WITHDRAWAL OF DEFENDANT'S ATTORNEY

on the following persons:

| | |
|---|---|
| Jinnie Jinhuei Chang Chao<br>50 Sandra Rd.,<br>Hillsborough, CA 94010 | Debtor/Defendant/Counterclaimant |
| Anthony E. Pagkas<br>1625 The Alameda, Suite 310<br>San Jose, CA 95126 | Adversary proceeding counsel for Plaintiff/Counterdefendant Ardeshir Salem |
| Onyinye N. Anyama<br>Anyama Law Firm<br>18000 Studebaker Rd #700 Cerritos, CA 90703-2684 | Bankruptcy counsel for Debtor Jinnie Jinhuei Chang Chao |
| Ethan A. Balogh<br>Coleman & Balogh LLP<br>235 Montgomery St., Ste 1070<br>San Francisco CA 94104-3015 | Criminal defense counsel for Jinnie Jinhuei Chang Chao |

by placing said copies in sealed envelopes with the U.S. Postal Service in Los Gatos, California with correct prepaid first class postage affixed thereto.

I declare under penalty of perjury that the foregoing is true and correct. Executed July 3, 2019, at Los Gatos, California.

*/s/ Bruce Janke*
BRUCE C. JANKE