

1  BRUCE C. JANKE (SBN 75293)
16965 Roberts Rd., Suite A
2  Los Gatos CA 95032-4556
Telephone: (408) 356-6556
3  Email: B_Janke@MSN.com

4  Attorney for Defendant/Counterclaimant
JINNIE CHAO

**Signed and Filed: January 13, 2020**

_Dennis Montali_

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

5

6

7

8

9            UNITED STATES BANKRUPTCY COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12  In re
JINNIE JINHUEI CHANG CHAO,

13                                              Adversary proceeding no. **16-3023-DM**

Debtor.

14                                              Bankruptcy case no. 15-31519-DM

15  ARDESHIR SALEM et al.,                     ORDER GRANTING MOTION FOR
                                               WITHDRAWAL OF DEFENDANT'S
16            Plaintiffs,                       ATTORNEY

17  vs.                                         Judge: Hon. Dennis Montali
                                               Courtroom 17
18  JINNIE JINHUEI CHANG CHAO                   Hearing date: August 9, 2019
et al.,                                        Time: 10:30 a.m.

19

20            Defendants,

21

22

23  JINNIE JINHUEI CHANG CHAO ,

24            Counterclaimant,

25  v.

26  ARDESHIR SALEM,

27            Counterdefendant.

28

1    The motion of Bruce C. Janke for an Order permitting him to withdraw as attorney for
2    defendant/counterclaimant Jinnie Jinhuei Chang Chao came on regularly for hearing on August 9,
3    2019 at 10:30 a.m. in Department 17 of the above-entitled Court, the Hon. Dennis Montali
4    presiding. Bruce C. Janke appeared by telephone on his own behalf. Jinnie Jinhuei Chang Chao was
5    present in court. Debtor's attorney, Onyime N. Anyama, appeared by telephone. Bobby Lau,
6    attorney for plaintiffs/counterdefendants, Ardeshir Salem and A. Salem, D.D.S., Inc., appeared by
7    telephone. There were no other appearances.

8        There being no objection, and good cause appearing, IT IS HEREBY ORDERED that
9    attorney Bruce C. Janke is relieved and discharged as attorney for debtor/defendant/
10   counterclaimant Jinnie Jinhuei Chang Chao herein.

11                    ** END OF ORDER**

COURT SERVICE LIST

1

2

3  Jinnie Jinhuei Chang Chao
4  50 Sandra Rd
   Hillborough, CA 94010-6635

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DECLARATION OF SERVICE BY FIRST-CLASS MAIL

The undersigned declares:

I am over 18 years of age and not a party to, nor interested in, this action. I am a resident of or employed in the county where the mailing took place.

My residence or business address is:
16965 Roberts Rd., Suite A
Los Gatos CA 95030

On January 11, 2020, I mailed from Los Gatos, California the following document:

ORDER GRANTING MOTION FOR WITHDRAWAL OF DEFENDANT'S ATTORNEY

I served the document by enclosing it in envelopes and depositing the sealed envelopes with the United States Postal Service with the postage fully prepaid.

The envelope was addressed and mailed as follows:

Jinnie Jinhuei Chang Chao
30 Pilarcitos Court
Hillsborough, CA 94010

Christopher J. D'Anjou
The Law Offices Of Christopher D'Anjou
1625 The Alameda, #310
San Jose, CA 95126

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated January 11, 2020 at Los Gatos, California.

BRUCE C. JANKE